**Memorandum Opinion Dated September 27, 2016, is Withdrawn, Petition for Writ of Mandamus Dismissed, and Corrected Memorandum Opinion filed September 28, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00732-CR

### IN RE JAIRUS DARRELL CARRIER, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-CR-2900**

## CORRECTED MEMORANDUM OPINION

On September 19, 2016, relator Jairus Darrell Carrier filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the

Honorable John D. Kinard, Galveston County District Clerk, to forward relator's pretrial application for writ of habeas corpus to this court.[1]

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. The district clerk is not a district court or county court judge in this court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the district clerk.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.
Do Not Publish — Tex. R. App. P. 47.2(b).

---

[1] The memorandum opinion dated September 27, 2016, is withdrawn. We issue this corrected memorandum opinion in its place.